# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2020

160423

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LINDA HOULE,
        Plaintiff-Appellant,

v

SC:  160423
COA:  348480
Bay CC:  17-003755-AV

EMC DEVELOPMENT and EDWARD M.
CZUPRYNSKI,
        Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the September 11, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



a0415

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2020



Clerk